1  TIMOTHY J. LEPORE (SBN 13908)
   ROPERS MAJESKI PC
2  3753 Howard Hughes Pkwy, Suite 200
   Las Vegas, NV  89169
3  Telephone:     702.954.8300
   Facsimile:     213.312.2001
4  Email:         timothy.lepore@ropers.com

5  Attorneys for Defendant
   Loanpal, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| FERNANDA N. ANDRADE, an individual | Case No. **2:20:cv-01239-GMN-EJY** |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR DEFENDANT LOANPAL'S RESPONSE TO PLAINTIFF'S COMPLAINT** |
| v. | |
| LOANPAL, LLC, a foreign limited-liability company; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company, | **(FIRST REQUEST)** *Proposed Order Submitted Herewith* |
| Defendants. | |

Plaintiff FERNANDA N. ANDRADE ("Plaintiff") and Defendant LOANPAL, LLC ("Defendant Loanpal"), by and through their respective undersigned counsel of record, stipulate and agree as follows:

1.  Plaintiff filed her Complaint in the instant matter, naming Defendant Loanpal; Equifax Information Services, LLC; Experian Information Solutions, Inc.; Trans Union LLC, on or about July 2, 2020. (ECF No. 1).

2.  Defendant Loanpal was served with Plaintiff's Complaint on or about July 21, 2020. (ECF No. 8).

3.  Pursuant to the Federal Rules of Civil Procedure, Rule 12, the deadline for

1  Defendant Loanpal to serve a responsive pleading to Plaintiff's Complaint is on or before August
2  11, 2020. Fed. R. Civ. P. 12(b)(1).
3      4.    On or about August 4, 2020, Plaintiff and Loanpal stipulated to extend deadline for
4  Loanpal to respond to Plaintiff's Complaint to September 10, 2020.
5      5.    Good cause exists for this extension as Loanpal requires additional time to conduct
6  an internal investigation prior to responding to Plaintiff's Complaint, which will also allow Loanpal
7  and Plaintiff time to discuss the possibility of early resolution of Plaintiff's claims.
8      6.    This is the first stipulation for extension of time for Loanpal to serve a response to
9  Plaintiff's Complaint.

It is so stipulated and agreed as of the last date set forth below:

| LAW OFFICE OF KEVIN L. HERNANDEZ | ROPERS MAJESKI PC |
|---|---|
| By: /s/ *Kevin L. Hernandez*<br>KEVIN L. HERNANDEZ<br>Attorneys for Plaintiff<br>Fernando N. Andrade | By: /s/ *Timothy J. Lepore*<br>TIMOTHY J. LEPORE<br>Attorneys for Defendant<br>Loanpal, LLC |
| DATED:   August 4, 2020 | DATED:   August 4, 2020 |

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: August 3, 2020