Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDA N. ANDRADE, an individual;<br><br>Plaintiff,<br><br>v.<br><br>LOANPAL, LLC, a foreign limited-liability company; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:20-cv-01239-GMN-EJY<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT LOANPAL, LLC WITH PREJUDICE** |

Plaintiff, Fernanda N. Andrade ("Plaintiff"), and Defendant, Loanpal, LLC ("Loanpal") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

under FRCP 41(a) as to Loanpal, with Plaintiff and Loanpal bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: November 23, 2020

**LAW OFFICE OF KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: November 23, 2020

**NAYLOR & BRASTER**

*/s/ Andrew J. Sharples*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
Andrew J. Sharples, Esq.
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
jbraster@nblawnv.com
asharples@nblawnv.com
areams@nblawnv.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

Dated: November 23, 2020

**ROPERS MAJESKI PC**

*/s/ Timothy J. Lepore*
Timothy J. Lepore, Esq.
Nevada Bar No. 13908
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
timothy.lepore@ropers.com
*Attorney for Defendant Loanpal, LLC*

Dated: November 23, 2020

**QUILLING SELANDER LOWNDS WINSLET & MOSER, P.C.**

*/s/ Jennifer Bergh*
Jennifer Bergh, Esq.
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, TX 75201
jbergh@qslwm.com
etijerina@qslwm.com
*Attorney for Defendant Trans Union LLC*

**IT IS SO ORDERED.**

Dated this   23   day of November, 2020

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT