Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDA N. ANDRADE, an individual;<br><br>Plaintiff,<br><br>v.<br><br>LOANPAL, LLC, a foreign limited-liability company; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:20-cv-01239-GMN-EJY<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT TRANS UNION LLC WITH PREJUDICE** |

Plaintiff, Fernanda N. Andrade ("Plaintiff") and Defendant, Trans Union LLC ("Trans Union") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

Page 1 of 2

under FRCP 41(a) as to Trans Union, with Plaintiff and Trans Union bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: January 29, 2021

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
***Attorney for Plaintiff***

Dated: January 29, 2021

**QUILLING SELANDER LOWNDS
WINSLET & MOSER, P.C.**

*/s/ Jennifer Bergh*
Jennifer Bergh, Esq.
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, TX 75201
jbergh@qslwm.com
etijerina@qslwm.com
***Attorney for Defendant Trans Union LLC***

**IT IS SO ORDERED.**

Dated this  29   day of January, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT